NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                         Criminal Number  1:08-cr-208

Cecelia M. Grimes
(Defendant)

**FILED**

JUL 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Richard L. Scheff, PA0023
*(Attorney & Bar ID Number)*

Montgomery, McCracken, Walker & Rhoads, LLP
*(Firm Name)*

123 S. Broad Street
*(Street Address)*

Philadelphia, PA 19109-1029
*(City)          (State)          (Zip)*

215-772-7502
*(Telephone Number)*