FILED
JUL 25 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-208 (HHK) |
| | : | |
| v. | : | |
| | : | |
| CECELIA GRIMES | : | |

### GOVERNMENT'S NOTICE OF ELEMENTS OF THE OFFENSE

The United States of America, by and through undersigned counsel, respectfully submits this Notice of the Elements of the Offense.

### The Offense: Destruction of Evidence

1. The defendant destroyed, concealed, or covered up records, documents, or tangible objects;

2. The defendant did so intending to influence the investigation or proper administration of a matter within the jurisdiction of any department or agency of the United States;

3. The defendant acted knowingly.[1]

Counsel for the defendant concurs with the above elements of the offense.

---

[1] "Knowingly" means "that [the defendant] was conscious and aware of [her action], realized what [she] was doing or what was happening around [her], and did not [act] because of ignorance, mistake, or accident." O'Malley et al., *Federal Jury Practice and Instructions*, (5th ed. 2000), at § 17.04 (providing general definition of "knowingly" *mens rea*. Note that violations of 18 U.S.C. § 1519 do not require the proof of a "corrupt" intent that is required by some other obstruction-related statutes, such as 18 U.S.C. § 1503 or 18 U.S.C. § 1512(c). Under the "knowingly" *mens rea*, there is no requirement that the defendant knew that her actions were unlawful.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

/s/ Howard R. Sklamberg
HOWARD R. SKLAMBERG
D.C. Bar Number 453852
Assistant United States Attorney
555 Fourth Street, N.W., Room 5247
Washington, DC 20001
(202) 514-6961

Certificate of Service

I hereby certify that, on July 16, 2008, I caused this memorandum to be served upon Richard L. Scheff, Esq,. by electronic mail.

/s/ Howard R. Sklamberg
HOWARD R. SKLAMBERG
Assistant United States Attorney