AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
JUL 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

FOR THE _____ DISTRICT OF __COLUMBIA__

UNITED STATES OF AMERICA
v.
Cecelia M. Grimes

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 208

I, __Cecelia M. Grimes__, the above named defendant, who is accused of __Destruction of Evidence (in violation of 18 USC 1519)__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __July 25, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer